```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/6/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP STONE,

                Plaintiff,

-against-

PATRIOT TRANSPORTATION HOLDING, INC., JOHN E. ANDERSON, JOHN D. BAKER II, THOMPSON S. BAKER II, LUKE E. FICHTHORN III, CHARLES D. HYMAN, and ERIC K. MANN,

                Defendants.

23 Civ. 10580 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 6, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by February 5, 2024. ECF No. 4. Those submissions are now overdue. Further, Defendants have not appeared in this action, and Plaintiff has not filed proof of service.

    Accordingly, by **March 6, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                                      ANALISA TORRES
                                       United States District Judge