# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP STONE,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRIOT TRANSPORTATION HOLDING, INC., JOHN E. ANDERSON, JOHN D. BAKER II, THOMPSON S. BAKER II, LUKE E. FICHTHORN III, CHARLES D. HYMAN, and ERIC K. MANN,<br><br>    Defendants. | Case No. 1:23-cv-10580-AT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Philip Stone ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 9, 2024

                        Respectfully Submitted,

                        */s/ Richard A. Acocelli*
                        Richard A. Acocelli
                        **ACOCELLI LAW, PLLC**
                        33 Flying Point Road, Suite 131
                        Southampton, NY 11968
                        Tel: (631) 204-6187
                        Email: racocelli@acocellilaw.com

                        *Attorneys for Plaintiff*